**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY**<br>231 Saint Asaphs Road, Suite 100<br>Bala Cynwyd, PA 19004<br><br>        **Plaintiff**<br><br>   v.<br><br>**GILLIAN HAMILTON**<br>70 North Fulton Avenue, Apt. 1<br>Mount Vernon, NY 10550-1688<br><br>        **Defendant** | **CIVIL ACTION**<br><br>**NO. 7:25-cv-01308** |

**Default Judgment Against Defendant**

Defendant Gillian Hamilton having been duly served with the Complaint in this action and having been found in default for failure to answer, appear, or otherwise plead, and Plaintiff having filed an Application for Default Judgment,

**FINAL JUDGMENT** is on this ___19th___ day of ___December___, 2025, signed and entered in the sum of **$3,067,046.86,** in favor of plaintiff Philadelphia Indemnity Insurance Company and against defendant Gillian Hamilton.

~~Tammi M. Hellwig, Clerk of Court~~

The Clerk is respectfully directed to close this case.

By: _____

~~Clerk of Court~~

Kenneth M. Karas
USDJ

Dated:  White Plains , New York

December 19 , 20_25_